WO                                                                                            LMH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR 04-1139-PCT-SMM |
| | ) | |
| Plaintiff, | ) | No. CV 05-2901-PCT-SMM (LOA) |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| Oscar Valencia Cota, | ) | |
| | ) | |
| Movant/Defendant. | ) | |
| | ) | |

Movant, presently confined in the California City Correctional Facility in California City, California, has filed a *pro se* Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255. The Court will dismiss the motion with leave to amend.

**A.    Background.**

On April 11, 2005, after he pled guilty to possession with the intent to distribute more than 500 grams of methamphetamine, a violation of 28 U.S.C. § 841(a)(1), Movant was sentenced to a term of fifty months to be followed by five years on supervised release. Not long thereafter, Movant filed the present motion seeking relief pursuant to 28 U.S.C. § 2255. Movant challenges his conviction on the following basis:

> **Ground one**. Transporting more than 500 gr. of a substance with meth and intent of distribution.
>
> **Supporting FACTS (tell your story *briefly* without citing cases or law:** [While I] was driving from Phoenix to Cortez, Arizona, a police car pull me over sa[y]ing I was driving to[o] fast which is not true. They ask for my driver license, I give that to them, after they make me sign a warning, I sign the paper

JDDL

minutes after, they ask me to search my car, they bring a police dog and find the drug in the car which do not belong to me [either] the car or the drug.

(Mot. at 4.)

**B.    Summary Dismissal.**

A district court shall summarily dismiss a § 2255 application "[i]f it plainly appears from the face of the motion and any annexed exhibits and the prior proceedings in the case that the movant is not entitled to relief." Rule 4(b), RULES GOVERNING § 2255 PROCEEDINGS. The district court need not hold an evidentiary hearing when the movant's allegations, viewed against the record, either fail to state a claim for relief or are patently frivolous. Marrow v. United States, 772 F.2d 525, 526 (9th Cir. 1985); see also Baumann v. United States, 692 F.2d 565, 571 (9th Cir. 1982) (district court may summarily dismiss without ordering a response where the record conclusively or plainly shows that the movant is not entitled to relief).

The present motion fails to state a claim for relief.  As shown in the foregoing, Movant has not set forth any ground for relief but instead has listed only his offense. Although his factual description provides some clues regarding what his claim might be, Movant must set forth the ground as it is not the position of the Court to craft his claims for him. Because this defect could possibly be cured, the Court will dismiss his motion with leave to amend. The Court, however, cannot advise how to cure the defects.  See Pliler v. Ford, 124 S. Ct. 2441, 2446 (2004) (to be reported at 542 U.S. 225).  Movant will be given thirty days to submit an amended motion on a court-approved form.  The Clerk of Court will be directed to provide Movant with a form for filing a § 2255 motion.

**C.    Amendment.**

Movant is advised that the Amended Motion must be retyped or rewritten in its entirety on a court-approved form and may not incorporate any part of the original Motion by reference.  Any Amended Motion submitted by Movant should be clearly designated as such on the face of the document.  An amended Motion supersedes the original Motion. Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992), cert. denied, 506 U.S. 915 (1992); Hal Roach Studios v. Richard Feiner & Co., 896 F.2d 1542, 1546 (9th Cir. 1990).  After

JDDL

1  amendment, the original pleading is treated as nonexistent.  <u>Ferdik</u>, 963 F.2d at 1262.  Thus,

2  causes of action alleged in an original motion which are not alleged in an amended motion

3  are waived.  <u>King v. Atiyeh</u>, 814 F.2d 565, 567 (9th Cir. 1987).

4  **D.      <u>Warning of Possible Dismissal Pursuant to Rule 41</u>.**

5          Movant should take note that if he fails to timely comply with every provision of this

6  Order, this action will be dismissed without further notice.  <u>See</u> <u>Ferdik</u>, 963 F.2d at 1260-61

7  (district court may dismiss action for failure to comply with any order of the Court).

8  **IT IS THEREFORE ORDERED that:**

9          (1)    The Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C.

10  § 2255, filed on September 22, 2005, is **dismissed with leave to amend**.  Movant shall have

11  **30 days** from the date this Order is filed to file a Second Amended Motion.

12          (2)  The Clerk of Court is directed to enter a judgment of dismissal of the

13  accompanying civil action (CV 05-2901-PCT-SMM (LOA)), without prejudice and without

14  further notice to Movant, if Movant fails to file an Amended Motion within 30 days of the

15  date this Order is filed.

16          (3)  The Clerk of Court is directed to provide to Movant a current court-approved form

17  for filing a § 2255 Motion.

18

19          DATED this 5th day of October, 2005.

20

21

22  _____

23                    Stephen M. McNamee
                      Chief United States District Judge

24

25

26

27

28

_____
Name

_____
Prison Number

_____
Place of Confinement

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA        )
                                )
             vs.                )
                                )    _____
_____, )   Case Number (To be supplied by
(Full Name of Movant)           )    the Clerk, U. S. District Court)
                                )
_____, )        MOTION TO VACATE, SET ASIDE,
(Include name under which you were )        OR CORRECT  SENTENCE BY A
convicted.)                     )        PERSON IN FEDERAL CUSTODY
                                )           (28 U.S.C. § 2255)
                    Movant.     )
_____ )

        (If movant has a sentence to be served in the future under a federal
judgment which he wishes to attack, he should file a motion in the federal
court which entered the judgment.)

                    INSTRUCTIONS - READ CAREFULLY

(1)  This motion must be legibly handwritten or typewritten and signed by the
     movant under penalty of perjury. Any false statement of a material fact
     may serve as the basis for prosecution and conviction for perjury. All
     questions must be answered concisely in the proper space on the form.
     Where more room is needed to answer any question, use reverse side of
     sheet.

(2)  Additional pages are not permitted except with respect to the *facts*
     which you rely upon to support your grounds for relief.  No citation of
     authorities need be furnished. If briefs or arguments are submitted,
     they should be submitted in the form of a separate memorandum.

(3)  Upon receipt, your motion will be filed if it is in proper order. No
     fee is required with this motion.

(4)  If you do not have the necessary funds for transcripts, counsel, appeal,
     and other costs connected with a motion of this type, you may request
     permission to proceed *in forma pauperis*, in which event you must execute
     the Declaration on the last two (2) pages, setting forth information
     establishing your inability to pay the costs. If you wish to proceed *in
     forma pauperis*, you must have an authorized officer at the penal
     institution complete the Certificate as to the amount of money and
     securities on deposit to your credit in any account in the institution.

(5)  Only judgments entered by one court may be challenged in a single
     motion. If you seek to challenge judgments entered by different judges
     or divisions

(6/22/82)                                                    **510**

either in the same district or in different districts, you must file
separate motions as to each judgment.

(6) Your attention is directed to the fact that you must include all
grounds for relief and all facts supporting such grounds for relief in
the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, *the original and two (2) copies*
must be mailed to:

<u>Phoenix & Prescott Divisions</u>:   OR   <u>Tucson Division</u>:
U.S. District Court Clerk              U.S. District Court Clerk
U.S. Courthouse, Suite 321            U.S. Courthouse, Suite 1500
401 West Washington St., SPC 10       405 West Congress Street
Phoenix, Arizona  85003-2119         Tucson, Arizona  85701-5010

(8) Motions which do not conform to these instructions will be returned with
a notation as to the deficiency.

<u>MOTION</u>

1.  Name and location of court which entered the judgment of conviction
    under attack: _____
2.  Date of judgment of conviction: _____
3.  Length of sentence: _____ Sentencing Judge: _____
4.  Nature of offense involved (all counts): _____
    _____
    _____
    _____

5.  What was your plea?   (Check one)
    (a) Not Guilty      (  )
    (b) Guilty          (  )
    (c) Nolo contendere (  )
    If you entered a guilty plea to one count or indictment, and a not
    guilty plea to another count or indictment, give details: _____
    _____
    _____
    _____

6.  Kind of trial:  (Check one)
    (a) Jury        (  )
    (b) Judge only  (  )
7.  Did you testify at the trial?  Yes (  )     No (  )
8.  Did you appeal from the judgment of conviction?  Yes (  )     No (  )
9.  If you did appeal, answer the following:
    (a) Name of Court: _____
    (b) Result: _____
    (c) Date of result: _____
10. Other than a direct appeal from the judgment of conviction and sentence,
    have you previously filed any petitions, applications, or motions with
    respect to this judgment in any federal court?     Yes (  )    No (  )
11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of Court: _____
        (2) Nature of proceeding: _____

-2-

    (3) Grounds raised: _____
        _____
        _____
        _____
    (4) Did you receive an evidentiary hearing on your petition,
    application,       or motion? Yes ( )      No ( )
    (5) Result: _____
    (6) Date of result: _____
(b) As to any second petition, application, or motion, give the same
    information:
    (1) Name of court: _____
    (2) Nature of proceeding: _____
        _____
    (4) Did you receive an evidentiary hearing on your petition,
    application, or motion? Yes ( )      No ( )
    (5) Result: _____
    (6) Date of result: _____
(c) As to any third petition, application, or motion, give the same
    information:
    (1) Name of court: _____
    (2) Nature of proceeding: _____
    (3) Grounds raised: _____
        _____
        _____
        _____
    (4) Did you receive an evidentiary hearing on your petition,
    application,       or motion? Yes ( )      No ( )
    (5) Result: _____
    (6) Date of result: _____
(d) Did you appeal, to an appellate federal court having jurisdiction,
    the result of action taken on any petition, application, or motion?
    (1) First petition, etc.      Yes ( )      No ( )
    (2) Second petition, etc.     Yes ( )      No ( )
    (3) Third petition, etc.      Yes ( )      No ( )
(e) If you did not appeal from the adverse action on any petition,
    application, or motion, explain *briefly* why you did not: _____
        _____
        _____
        _____
        _____
        _____
        _____

12. State *concisely* every ground on which you claim that you are being held
    unlawfully. Summarize *briefly* the facts supporting each ground. If
    necessary, you may attach pages stating additional grounds and *facts*
    supporting same.
    CAUTION:   If you fail to set forth all grounds in this motion, you may
               be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you have other than those listed.  However, *you should raise in this motion all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose.  Do not check any of the grounds listed below.  The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by an unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A.    Ground One: _____

_____

Supporting FACTS (tell your story *briefly* without citing cases or law):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

B.    Ground Two: _____

_____

Supporting FACTS (tell your story *briefly* without citing cases or law):

_____
_____
_____
_____
_____

_____
_____
_____
_____
_____
_____

C.   Ground Three: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

D.   Ground Four: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously
     presented, state briefly what grounds were not so presented, and give
     your reasons for not presenting them: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

14.  Do you have any petition or appeal now pending in any court as to the
     judgment under attack?    Yes (  )        No (  )

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing: _____
_____

(b) At arraignment and plea: _____
_____

(c) At trial: _____
_____

(d) At sentencing: _____
_____

(f) In any post-conviction proceeding: _____

(g) On appeal from any adverse ruling in a post-conviction proceeding: __
_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ( )    No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?    Yes ( )    No ( )
(a) If so, give the name and location of the court which imposed the sentence to be served in the future: _____
_____

(b) Give the date and length of sentence to be served in the future: ____
_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( )    No ( )

WHEREFORE, movant prays that the court grant him all relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct:


Executed on _____          _____
                    (date)                         Signature of Movant


_____
Signature of Attorney (if any)


-6-